Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br><br>LETICIA ANN MARTINEZ<br>(a/k/a "Deuce"),<br><br>　　　　　　Defendants. | 2:21-CR-44-TOR<br><br>INDICTMENT<br><br>Vio:  21 U.S.C. §§ 841(a)(1),<br>　　　(b)(1)(B)(viii), 846<br>　　　Conspiracy to Distribute 5<br>　　　Grams of Actual (Pure)<br>　　　Methamphetamine<br><br>　　　21 U.S.C. § 853<br>　　　Forfeiture Allegation |

The Grand Jury charges:

On or about August 5, 2020, in the Eastern District of Washington, the Defendants, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and LETICIA ANN MARTINEZ (a/k/a "Deuce"), knowingly and intentionally conspired with each other, and with other persons known and unknown to the Grand Jury, to distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii); all in violation of 21 U.S.C. § 846.

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT – 1

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841(a)(1), 846, as set forth in this Indictment, the Defendants, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and LETICIA ANN MARTINEZ (a/k/a "Deuce") shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If the property described above, as a result of any act or omission of the Defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this _____ day of May, 2021.

A TRUE BILL

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Foreperson

_____
Joseph H. Harrington
Acting United States Attorney

_____
Patrick J. Cashman
Assistant United States Attorney

INDICTMENT – 2