UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Martinez, Leticia Ann | Docket No. | 0980 2:21CR00044-TOR-2 |

**Petition for Action on Conditions of Pretrial Release**

　　COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Leticia Ann Martinez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court in Spokane, Washington, on the 5th day of May 2021, under the following conditions:

**Standard Condition of Release #2:** Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before making any changes in address or telephone number.

**Standard Condition of Release #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Standard Condition of Release #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #16: Substance Abuse Treatment (previously noted as #17 in prior petition):** Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment.

**Additional Condition #27: Prohibited Substance Testing**. If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and can include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

**Additional Condition #17:** Complete a mental health evaluation and any recommended treatment.

　　RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is considered to be in violation of her conditions of pretrial supervision by using a controlled substance, codeine (extended opiates), on or about August 4, 2021.

The defendant was released from detention on May 5, 2021. She signed her conditions of release on May 6, 2021, stating she understood she could not use controlled substances.

On August 4, 2021, the defendant submitted to drug testing and the sampled yielded positive for methamphetamine. The sample was sent to the laboratory for further confirmation. On August 12, 2021, it was reported that the sample was negative for methamphetamine; however, it was confirmed positive for codeine. Ms. Martinez was instructed on August 18, 2021, to

provide prescription documentation. This information has not been received.

**Violation #2:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to submit to drug testing on August 13, 2021.

The defendant was released from detention on May 5, 2021. She signed her conditions of release on May 6, 2021, stating she understood she would need to submit to drug testing for prohibited substances.

This officer received notification from Social Treatment Opportunities Program (STOP) on August 20, 2021, that the defendant failed to submit to drug testing on August 13, 2021.

**Violation #3:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to report as directed on August 19, 2021.

The defendant was released from detention on May 5, 2021. She signed her conditions of release on May 6, 2021, stating she understood she would need to report to the U.S. Probation Office as directed.

Since July 28, 2021, Ms. Martinez has struggled to report weekly as directed. Most recently, between August 9 and 19, 2021, this officer has attempted to reach the defendant by telephone on several occasions. Ms. Martinez, on occasion, will respond via text message; however, when prompted to speak on the telephone, she does not answer this officer's call or return the calls. Ms. Martinez was last called and directed to report by 9 a.m. the following day, August 19, 2021.

**Violation #4:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to engage in substance abuse treatment as recommended and directed by U.S. Probation since on or about August 19, 2021.

The defendant was released from detention on May 5, 2021. She signed her conditions of release on May 6, 2021, stating she understood she would be required to engage in substance abuse treatment.

On August 4, 2021, Ms. Martinez was advised she would be able to engage in intensive outpatient treatment through STOP pending placement at a suitable residential treatment facility. On August 16, 2021, this officer received notification from STOP that they were unsuccessful in providing Ms. Martinez with further instructions. On August 18, 2021, the defendant contacted STOP and agreed to engage in outpatient treatment immediately. On August 19, 2021, this officer received confirmation from STOP that Ms. Martinez had contacted them and agreed to begin treatment, but never reported the next day.

**Violation #5:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to engage in mental health counseling as recommended and directed by U.S. Probation since about July 16, 2021 to August 19, 2021.

On July 16, 2021, the Court modified the defendant's conditions to include a mental health evaluation and treatment condition following her violation hearing. Since her summons on July 16, 2021, the defendant has failed to engage in mental health counseling after advising she would contact Grant Integrated Services, where she had previously received counseling.

**Violation #6:** The defendant is considered to be in violation of her conditions of pretrial supervision by failing to report her change of address on August 9 and 19, 2021.

The defendant was released from detention on May 5, 2021. She signed her conditions of release on May 6, 2021, stating she understood would need to report any change of residence immediately before the actual change of residence.

On August 9, 2021, this officer received information from the defendant's brother that the defendant had moved out of his residence, at his direction, as he is attempting to maintain sobriety. He reported he believed she was staying with an uncle. This officer did not hear from the defendant until August 17, 2021, when she reported via text message that she had been with a sister-in-law, but would be going to her sister's residence, as there was no longer a place for her at her sister-in-law's. This officer advised her that failing to report a change of address was a violation and she needed to call this officer. She failed to call as directed. On August 19, 2021, this officer called the defendant's sister in an attempt to contact the defendant and verify

PS-8
Re: Martinez,, Leticia Ann
August 20, 2021
Page 3

her residence. The defendant's sister reported the defendant had asked to stay at her residence, but never showed up and she did not know where the defendant was at that time. This officer called the defendant again on August 19, 2021, and directed her to call this officer back by August 20, 2021, by 9a.m. The defendant has failed to do so, and her whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     August 20, 2021

by     s/Emely Cubias

Emely Cubias
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

August 23, 2021
Date