PS 8
(3/15)

Case 2:21-cr-00044-TOR    ECF No. 83    filed 09/28/21    PageID.179    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Martinez, Leticia Ann | Docket No. | 0980 2:21CR00044-TOR-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Leticia Ann Martinez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the court at Spokane, Washington, on the 5th day of May 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is considered to be in violation of her conditions of pretrial supervision by using the following controlled substances: methamphetamine, amphetamine, codeine and morphine, on or about September 8, 2021.

The defendant was released from detention on May 5, 2021. She signed her conditions of release on May 6, 2021, stating she understood the condition that she could not use controlled substances.

On September 8, 2021, the defendant was directed to submit to a urinalysis test prior to her court appearance before the U.S. Magistrate Judge. Ms. Martinez provided a sample, which yielded presumptive positive for methamphetamine, amphetamine and morphine. Ms. Martinez denied any use of controlled substances and the sample was sent to the national lab.

On September 21, 2021, this officer received confirmation from the national lab that the sample was confirmed positive for methamphetamine, amphetamine, codeine and morphine. Ms. Martinez appeared before the Court on September 14, 2021, and was advised that further violations would result in serious consequences. As this violation predates the September 14, 2021, hearing; this officer is respectfully asking no action for this violation.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|   | Executed on: September 24, 2021 |
| by | s/Emely Cubias |
|   | Emely Cubias<br>U.S. Pretrial Services Officer |

PS-8
Re: Martinez,, Leticia Ann
September 24, 2021
Page 2

THE COURT ORDERS

[x ]  No Action
[  ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[  ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]  Defendant to appear before the Judge assigned to the case.
[  ]  Defendant to appear before the Magistrate Judge.
[  ]  Other

_____
Signature of Judicial Officer

September 28, 2021
Date